## No. 17,144.

GRANDBUSH, DOING BUSINESS AS INTERSTATE
LIVESTOCK COMPANY *v.* WOMACK.
(266 P. [2d] 771)

Decided February 1, 1954.   Rehearing denied February 23, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. ROY A. PAYTON, for plaintiff in error.

Mr. WILLIAM L. LLOYD, for defendant in error.